IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 3:09cr99DCB-LRA

RHONDA G. MOORE

ORDER OF DISMISSAL
COUNTS 2 THROUGH 4

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 through 4 of the Criminal Indictment against the defendant, RHONDA G. MOORE, without prejudice.

DONALD R. BURKHALTER
United States Attorney

Date: May 25, 2010          By:   s/D. MICHAEL HURST, JR.
                                  Assistant United States Attorney
                                  Mississippi Bar No. 99990

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 through 4.

ORDERED this 25th day of May, 2010

UNITED STATES DISTRICT JUDGE